1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

10

STEVEN MARK HAMM,

          Plaintiff,

       v.

SEAN MULLIGAN, et al.,

          Defendants.

Case No. 18-05585 BLF (PR)

**ORDER OF DISMISSAL**

On September 12, 2018, Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. (Docket No. 1.) Plaintiff also filed a motion to proceed *in forma pauperis* ("IFP"). (Docket No. 2.) On the same day, the Clerk sent Plaintiff a notice that his IFP application was deficient because it did not include a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at his correctional facility and a prisoner trust account statement showing transactions for the last six months. (Docket No. 3.) Plaintiff was advised that he must submit the missing documents to the Court within twenty-eight days of the notice to avoid dismissal of the action. (*Id.*)

The deadline has passed, and to date, Plaintiff has filed no response to the clerk notice regarding the filing of a complete IFP application. Accordingly this action is

**DISMISSED** without prejudice for failure to pay the filing fee.

The Clerk shall terminate all pending motions and deadlines and close the file.

**IT IS SO ORDERED.**

Dated:  <u>October 19, 2018</u>

*Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

2