UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MARK HAMM,<br>      Plaintiff,<br>    v.<br>SEAN MULLIGAN, et al.,<br>      Defendants. | Case No. 18-05585 BLF (PR)<br>**JUDGMENT** |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: __October 19, 2018__

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.18\05585Hamm_jud.docx